UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THOMAS MATHEIS,<br><br>                                    Plaintiff,<br><br>v.<br><br>CDCR et al.,<br><br>                                    Defendants. | Case No.: 20-cv-2100-GPC-AHG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A COPY OF THE LOCAL RULES**<br><br>**[ECF No. 26]** |

On February 23, 2021, this Court conducted a telephonic hearing. In the hearing, Plaintiff orally requested for a copy of the Local Rules. ECF No. 26. Plaintiff explained his inability to access the internet, and his indigent status to afford a copy from the prison law library.

Generally, the Court does not provide parties with copies of the Local Rules. Copies are available free of charge on its website (www.casd.uscourts.gov) or by paying the $3.00 fee, plus $2.00 for postage. *Cf. Tabron v. Grace*, 6 F.3d 147, 159 (3d Cir. 1993) (discussing how courts are not authorized "to commit federal monies for payment of the necessary expenses in a civil suit brought by an indigent litigant"); *Tedder v. Odel*, 890 F.2d 210, 211 (9th Cir. 1989) (discussing how the *in forma pauperis* statue, 28

U.S.C. § 1915, does not waive costs of litigation other than the filing of the complaint and service of process by the U.S. Marshal).

However, courts in this district have granted incarcerated plaintiffs' requests for copies of the Local Rules when plaintiffs sought to comply with the district's procedures. *See, e.g.*, *Salas v. Candelario*, No. 3:20-cv-00324-WQH-AHG, 2020 U.S. Dist. LEXIS 150326, at *2 (S.D. Cal. Aug. 19, 2020) (collecting cases). Here, Plaintiff has represented that he may need the Local Rules for future filings and to prosecute the case. Given Plaintiff's *in forma pauperis* status, ECF No. 8, the Court finds it appropriate, on this one occasion, to provide Plaintiff with a copy of the local rules as requested.

Good cause appearing, the Court **GRANTS** Plaintiff's request for a copy of the Local Rules. The Clerk's Office is **ORDERED** to mail a copy of the Civil Local Rules for the United States District Court Southern District of California to Plaintiff along with a copy of this Order.

**IT IS SO ORDERED.**

Dated:  February 24, 2021

Hon. Gonzalo P. Curiel
United States District Judge