UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THOMAS MATHEIS,<br><br>  Plaintiff,<br><br>v.<br><br>C. GODINEZ, *et al.*,<br><br>  Defendants. | Case No.: 3:20-cv-2100-GPC-AHG<br><br>**ORDER DENYING EX PARTE APPLICATION TO EXCUSE APPEARANCE OF CDCR REPRESENTATIVE AT EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 36]** |

This matter comes before the Court on Defendants' *Ex Parte* Application to Excuse Appearance of CDCR Representative at Early Neutral Evaluation Conference. ECF No. 36. Defendants request that the Court excuse the appearance of the California Department of Corrections and Rehabilitation (CDCR) representative with full settlement authority at the May 24, 2021 Early Neutral Evaluation Conference ("ENE") in this matter, because she "oversees numerous litigation matters, and it would be a hardship for that attorney to be unavailable to tend to the state's business while providing full-time attention to the settlement conference for several hours." *Id.* at 1-2.

As set forth in the Order setting the ENE, the Court requires a party or party representative "with full and complete authority to enter into a binding settlement" to be present at the ENE, which will take place by videoconference. ECF No. 35 at 2. Defense counsel requests that, rather than attending the ENE by videoconference, a CDCR representative in Sacramento instead be on telephonic standby to give settlement approval. Defendants assert that the person on standby "is familiar with the facts of the case and CDCR's position regarding settlement, and can easily be brought up to speed on any settlement negotiations." ECF No. 36 at 2.

The Court finds that Defendant has not established good cause to excuse the attendance of a representative with full settlement authority. While the Court acknowledges that the CDCR representative will have to set aside time to appear by video, that same time would have to be set aside in order to be immediately available by phone during the conference. Further, during an ENE, the Court spends a significant amount of time shuttling back and forth between the breakout rooms for each party, which gives each side plenty of breaks to make phone calls, check and respond to email, and attend to other matters. Most importantly, as set forth in the Order setting the ENE, "[o]ne of the purposes of requiring a person with unlimited settlement authority to attend the conference is that the person's view of the case may be altered during the face-to-face conference." ECF No. 35 at 3. Thus, even if defense counsel could bring the representative up to speed on settlement negotiations during a phone call, the better and more effective practice is for

any representative with full settlement authority to participate directly in the settlement negotiations, and to have the benefit of the Court's evaluation of the case, rather than making decisions based solely on CDCR's pre-existing position regarding settlement. Given this important benefit associated with real-time attendance, the Court will deny the request to excuse the attendance of the CDCR representative with full settlement authority at the ENE.

Accordingly, Defendant's *Ex Parte* Application to Excuse Appearance of CDCR Representative at Early Neutral Evaluation Conference (ECF No. 36) is **DENIED**.

**IT IS SO ORDERED.**

Dated:  April 2, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge