UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THOMAS MATHEIS,<br><br>                             Plaintiff,<br>v.<br>C. GODINEZ, *et al.*,<br>                            Defendants. | Case No.: 3:20-cv-2100-GPC-AHG<br><br>**ORDER GRANTING SUPPLEMENTAL MOTION FOR INDEPENDENT MEDICAL EXAMINATIONS UNDER FED. R. CIV. P. 35(a)(2)**<br><br>**[ECF Nos. 51, 57]** |

      Before the Court is Defendants' Supplemental *Ex Parte* Application to Grant Independent Medical Examination Under Rule 35(a)(2). ECF No. 57. The Court previously deferred ruling on the parties' Joint Stipulation for Plaintiff to Participate in Independent Medical Examinations with Psychiatrist Dominick Addario, M.D. and Urologist Tung-Chin Hsieh, M.D. (ECF No. 50), because more information was needed before the request could be granted pursuant to Fed. R. Civ. P. 35(a). *See* ECF No. 52.

      Specifically, Rule 35(a) provides that the Court may order a party to submit to an Independent Medical Examination ("IME") by a suitably licensed or certified examiner, but the order granting a request for an IME "must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform

1

it." Fed. R. Civ. P. 35(a)(2)(B). Because the parties' Stipulation for Plaintiff to participate in a psychiatric IME with Dr. Addario and a urological IME with Dr. Hsieh failed to identify the dates and times of either IME or to clearly specify the place of the urological IME, the Court required Defendants to submit a supplemental motion setting forth the specifications required by Rule 35(a)(2)(B) for the Court's approval by October 5, 2021. ECF No. 52. However, the Court found that the "good cause" requirement of Rule 35(a)(2)(A) was met, and tentatively approved certain place, manner, conditions, scope, and examiners with respect to each requested IME. *Id.* at 6-7. Defendants complied by filing the instant supplemental motion on October 4, 2021. ECF No. 57.

For good cause shown, Defendants' Supplemental Application (ECF No. 57) is **GRANTED**. The Court hereby **ORDERS** Plaintiff to submit to the following IMEs:

1. A urological IME performed by Tung-Chin Hsieh, M.D.
   a. Date: Tuesday, October 26, 2021
   b. Time: 3:00 p.m.
   c. Place: 9333 Genesee Ave, Suite 320, San Diego, CA 92121
   d. Examiner: Tung-Chin Hsieh, M.D.
   e. Manner: Review pertinent medical, counseling, and discovery records as well as conduct appropriate physical examination.
   f. Conditions: Defendants will pay for and arrange for Plaintiff to be escorted from the Richard J. Donovan Prison to Dr. Hsieh's office.
   g. Scope of Exam: Genitourinary complaints that Plaintiff asserts were caused or exacerbated by the subject matter of the present litigation, including a cystoscopy/cystotheuroscapy.
2. A psychiatric IME performed by Dominick Addario, M.D.
   a. Date: Wednesday, November 24, 2021
   b. Time: 2:00 p.m.
   c. Place: Videoconference technology
   d. Examiner: Dominick Addario, M.D.

  e. Manner: Review pertinent medical records, psychological records, counseling records, and discovery records, as well as conduct an appropriate mental examination of Plaintiff. The mental examination shall last approximately two to three hours and shall consist of questions from questionnaires to evaluate Plaintiff's claims of liability and damages.

  f. Conditions: Plaintiff will meet with Dr. Addario using remote videoconference technology.

  g. Scope of Exam: Mental, psychological, and emotional complaints that Plaintiff asserts were caused or exacerbated by the subject matter of the present litigation.

Because the Court grants the Supplemental Application (ECF No. 57), the earlier Stipulation (ECF No. 50) is **DENIED as moot**.

  **IT IS SO ORDERED**.

Dated: October 5, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge