UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN THOMAS MATHEIS,<br><br>                           Plaintiff,<br>v.<br><br>C. GODINEZ, *et al.*,<br><br>                          Defendants. | Case No.: 3:20-cv-2100-GPC-AHG<br><br>**ORDER QUASHING ORDER TO SHOW CAUSE DIRECTED TO PLAINTIFF**<br><br>**[ECF No. 76]** |

On December 27, 2021, the Court issued an Order to Show Cause directed to Plaintiff (ECF No. 76), requiring Plaintiff to show cause why Defendants' Motion for Sanctions (ECF No. 68) should not be granted in light of Plaintiff's failure to timely file a written opposition to the Motion. In addition to requiring Plaintiff to file a written response to the Order to Show Cause, the Court extended the briefing schedule by resetting Plaintiff's opposition deadline to January 18, 2022 and Defendants' reply deadline to February 1, 2022. ECF No. 76 at 2.

On December 30, 2021, the Court received Plaintiff's opposition brief. ECF No. 77. Accordingly, the Order to Show Cause directed to Plaintiff is hereby **QUASHED**. **<u>Plaintiff is not required to file any response to the Order to Show Cause</u>**, nor is Plaintiff required to submit another opposition brief to the Court. However, the Court notes that the

opposition brief was mailed directly to the chambers of Magistrate Judge Allison H. Goddard, rather than submitted to the Clerk's Office for filing. Plaintiff should be aware that all documents mailed to the Court for filing must be mailed to the Clerk's Office at the following address:

**Clerk of the Court**
**United States District Court**
**Southern District of California**
**333 West Broadway, Suite 420**
**San Diego, CA 92101**

Plaintiff should not send any court documents directly to the chambers of the assigned judges on the case unless the Court requires the parties to submit **confidential** submissions, such as confidential settlement statements. In any event where documents should be submitted to chambers confidentially, the Court will always say so expressly in its Orders. Any documents submitted for **filing** on the docket must be mailed to the Clerk's Office.

For the sake of simplicity, Defendants' deadline to file a reply brief will remain **February 1, 2022**, although Defendants are free to submit a reply on an earlier date.

**IT IS SO ORDERED**.

Dated:  December 30, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge